**EXHIBIT 6**

```
                        Print Minute Orders      2/13/12      2:55 PM
Status:                        District Court, Denver County
Case #:   2012 CV 000655    Div/Room:  275    Type: Injunctive Relief
                TATTEN, JAMES P VS BANK OF AM CORP et al
```

| FILE DATE | EVENT/FILING/PROCEEDING |
|---|---|
| 2/06/2012 | Minute Order (print) |

JUDGE: RMM         CLERK:              REPORTER:
JUDGE: R. MICHAEL MULLINS
ORDER: MATTER IS SET IN REGARD TO EMERGENCY MOTION FOR PRELIMINARY INJUNCTION
ON FEBRUARY 8, 2012 AT 9:00 A.M.                                        /PG