IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.:** 12-cv-00459-WJM-KMT

JAMES P. TATTEN, individually.

    Plaintiff,

v.

BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A.;
BAC HOME LOANS SERVICING, LP,; and
BRIAN T. MOYNIHAN, in his capacity as President and Chief Executive Officer,

    Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

---

**COMES NOW,** the p*ro se* Plaintiff, James P. Tatten, and hereby respectfully moves this Court to modify the Scheduling Order entered on May 24, 2012.

Pursuant to **D.C.COLO.LCivR 7.1A**, the *pro se* Plaintiff and opposing counsel have conferred regarding this Motion.

Pursuant to **Fed.R.Civ.P. 16(b)(4)**, the *pro se* Plaintiff states the following good cause:

1.    A Scheduling Order was filed on May 24, 2012.

2.    The *pro se* Plaintiff is a disabled litigant with cognitive limitations related to a number of "executive" functions including, but not limited to: reading,

writing, analysis, information processing and scheduling.

3. The *pro se* Plaintiff requires more time to accomplish discovery, research and preparation necessary for trial.

4. The *pro se* Plaintiff requires more time to respond to DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF; DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF; AND DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF.

5. Defendants' counsel does not oppose this Motion.

**WHEREFORE**, the *pro se* Plaintiff respectfully requests this Court modify the Scheduling Order, filed on May 24, 2012, and reschedule the Deadlines to dates that are mutually agreeable to the parties.

Respectfully submitted this 6th day of November, 2012, by:

s/ James P. Tatten

**James P. Tatten**
8681 East 29th Avenue
Denver, CO 80238
Telephone: (720) 256-3686
email: jimtatten@legislativebasecamp.com
*Pro se* Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Certificate of Service
## (CM/ECF)

I hereby certify that on November 06, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

justin.balser@akerman.com
melissa.cizmorris@akerman.com
victoria.edwards@akerman.com

AND, I hereby certify that I have sent a copy of the foregoing vial e-mail to the e-mail addresses listed above.

s/James P. Tatten

**James P. Tatten**
8681 East 29th Avenue
Denver, CO 80238
Telephone:  (720) 256-3686
e-mail:   jimtatten@legislativebasecamp.com
*Pro Se* Plaintiff