**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:12-cv-00459-KMT

JAMES P. TATTEN, individually,

Plaintiff,

v.

BANK OF AMERICA CORPORATION,
BANK OF AMERICA, N.A., and
BAC HOME LOANS SERVICING, LP,

Defendants.

---

**NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION**
**FOR LEAVE TO FILE AMENDED PLEADING**

---

Defendants Bank of America Corporation and Bank of America, N.A., on behalf of itself and as successor-in-interest to BAC Home Loans Servicing, LP, do hereby notify this Court and plaintiff James Tatten that they do not oppose the relief requested within plaintiff's Renewed Motion for Leave to File Amended Pleading (Dkt. No. 36).

[intentionally left blank]

Dated this 4th day of February, 2013.

Respectfully submitted,

*s/ Melissa L. Cizmorris*

Justin D. Balser
Victoria E. Edwards
Melissa L. Cizmorris
AKERMAN SENTERFITT LLP
1400 Wewatta Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
E-mail: justin.balser@akerman.com
E-mail: victoria.edwards@akerman.com
E-mail: melissa.cizmorris@akerman.com

*Attorneys for Defendants BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A, individually, and as successor-by-merger to BAC HOME LOANS SERVICING, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2013, I served a true and correct copy of the foregoing **NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE TO AMENDED PLEADING** upon the following in the matter noted below:

James P. Tatten
8681 East 29th Avenue
Denver, Colorado 80238
(720) 256-3686
jimtatten@legislativebasecamp.com
*(via e-mail)*

*s/ Amy Rock*
Amy Rock