IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00459–KMT

JAMES P. TATTEN, individually,

    Plaintiff,

v.

BANK OF AMERICA CORPORATION,
BANK OF AMERICA, N.A.,
BAC HOME LOANS SERVICING, LP, and
BRIAN T. MOYNIHAN, in his capacity as President and Chief Executive Officer,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Renewed Motion for Leave to File Amended Pleadings" (Doc. No. 36, filed January 17, 2013) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk shall filed Plaintiff's "Amended Complaint" (Doc. No. 36-1).

Dated: February 5, 2013