**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00459-KMT

JAMES P. TATTEN, individually,

    Plaintiff,

v.

BANK OF AMERICA CORPORATION,
BANK OF AMERICA, N.A., and
BAC HOME LOANS SERVICING, LP,

    Defendants.

---

**SCHEDULING ORDER**

---

**1. DATE OF CONFERENCE
AND APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

Pursuant to Magistrate Judge Kathleen M. Tafoya's Minute Order filed on February 05, 2013, the parties are called to file an amended proposed scheduling order no later than February 15, 2013 and to appear at a Status / Scheduling Conference on February 21, 2013 at 10:45 a.m., Courtroom C201.  The parties will be represented at the conference by:

    ***Pro Se* Plaintiff:**    James P. Tatten
                                       8681 East 29th Avenue
                                       Denver, CO 80238
                                       (720) 256-3686

**Defendants:**[1]   Melissa L. Cizmorris
Victoria E. Edwards
Akerman Senterfitt LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
(303) 260-7712

## 2.  STATEMENT OF JURISDICTION

Pursuant to 28 U.S.C. § 1332(a), the District of Colorado has original jurisdiction over this civil action because the matter in controversy exceeds the sum or value of $75,000.00 and is between citizens of different states.

## 3.  STATEMENT OF CLAIMS AND DEFENSES

**A.**   *Pro Se* **Plaintiff's Statement.**

The Plaintiff's complaint alleges the following two claims based on the Defendant's acts, statements and business practices:

1. Breach of Contract; and
2. Fraud.

**B.**   **Defendants:**

Defendants dispute plaintiff's allegations and are in the process of investigation the additional facts and background alleged in plaintiff's Amended Complaint (**FAC**), as it has not yet filed a response to the FAC.  Upon initial review, however, defendants assert that plaintiff fails to state a cause of action for breach of contract because he has failed to identify any provisions of the loan modification breached by defendants. Additionally, defendants assert that plaintiff has failed to state a claim for fraud because plaintiff has not identified any misrepresentation of fact made by defendants.

---

[1] For the purposes of this Order, "Defendants" are defined as Bank of America Corporation (**BOA**); Bank of America, N.A., on behalf of itself and as successor-by-merger to BAC Home Loans Servicing, LP (**BANA**).

2

**c.**     **Other Parties:**     At this time, not applicable.

### 4.  UNDISPUTED FACTS

The following are undisputed facts:

**a.**     The Plaintiff executed an Adjustable Rate Note on March 03, 2004.

**b.**     Bank of America, N.A. is the servicer of Plaintiff's loan.

**c.**     The Defendant(s), either directly and/or indirectly through agents, employees, subsidiaries and/or related companies engage in transactions and business in the State of Colorado.

### 5.  COMPUTATION OF DAMAGES

**A.**  *Pro Se* **Plaintiff's Computation.**

The Plaintiff seeks actual and general compensatory damages and punitive damages in amounts more than $75,000.00 dollars. The Plaintiff's calculations and damage amounts will be supplemented as they become more known in discovery.

### 6.  REPORT OF PRECONFERENCE DISCOVERY AND MEETING UNDER FED. R. CIV. P. 26(f)

**a.**     **Date of Rule 26(f) meeting:**

Pursuant to Magistrate Judge Tafoya's Minute Order filed February 05, 2013, the parties conferred, via telephone, on February 14, 2013 to discuss the preparation and content of this proposed scheduling order.

**b.**     **Names of each participant and party he/she represented.**

The participants in the February 14, 2013 conference and discussion were:

    ***Pro Se* Plaintiff:**     James P. Tatten
                             8681 East 29th Avenue
                             Denver, CO 80238
                             (720) 256-3686

      **Defendant(s):**    Victoria E. Edwards
                            Melissa L. Cizmorris
                            Akerman Senterfitt LLP
                            1400 Wewatta Street, Suite 500
                            Denver, CO 80202
                            (303) 260-7712

    **c.**    **Statement as to when Rule 26(a)(1) disclosures were made or will be available.**

Defendants provided their Rule 26(a)(1) disclosures to Plaintiff on June 19, 2012. Plaintiff has represented to defendants that he will provide his Rule 26(a)(1) disclosures to defendants on or before February 20, 2013.

    **d.**    **Proposed changes, if any, in timing or requirement of disclosures under Fed. R. Civ. P. 26(a)(1).**

Not applicable.

    **e.**    **Statement concerning any agreements to conduct informal discovery.**

Not applicable.

    **f.**    **Statement concerning any other agreements or procedures to reduce discovery and other litigation cost, including the use of a unified exhibit numbering system.**

Not applicable.

    **g.**    **Statement as to whether the parties anticipate that their claims or defenses will involve extensive electronically stored information, or that a substantial amount of disclosure or discovery will involve information or records maintained in electronic form.**

Not applicable.

    **h.**    **Statement summarizing the parties discussions regarding the possibilities for promptly settling or resolving the case.**

The parties have not engaged in discussions regarding the possibilities for the prompt settlement or resolution of this case.

### 7. CONSENT

All parties have consented to the exercise of jurisdiction of a magistrate judge.

### 8. DISCOVERY LIMITATIONS

**a.** **Modifications which any party proposes to the presumptive numbers of depositions or interrogatories contained in the Federal Rules:**

No proposed changes. 25 interrogatories per side and 10 depositions per side.

**b.** **Limitations which any party proposes on the length of depositions:**

No proposed changes. 7 hours.

**c.** **Limitations which any party proposes on the number of requests for the production and/or requests for admission.**

No proposed changes. 25 requests for production per side and 25 requests for admission per side.

**d.** **Other Planning or Discovery Orders.**

No other planning or discovery orders.

### 9. CASE PLAN AND SCHEDULE

**a.** **Deadline for Joinder of Parties and Amendment of Pleadings:** The parties agree this deadline has passed.

**b.** **Discovery Cut-off:** May 31, 2013

**c.** **Dispositive Motion Deadline:** July 31, 2013.

**d.** **Expert Witness Disclosure:**

    **1.** Parties shall identify anticipated fields of expert testimony, if any.

5

***Pro Se* Plaintiff's Experts:** At this time, Plaintiff does not anticipate calling any expert witnesses.

**Defendants:** At this time, Defendants do not anticipate calling any expert witnesses.

**2. Limitations which the parties propose on the use or number of expert witnesses.**

One.

**3. The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before** March 22, 2013.

**4. The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before** April 19, 2013.

**e.   Identification of Persons to be Deposed:**

| *Name of Deponent* | *Date of Deposition* | *Time of Deposition* | *Expected Length of Deposition* |
|---|---|---|---|
| James P. Tatten | October 26, 2012 | 9:30 a.m. | 7 hours |
| BANA's Rule 30(b)(6) witness | TBD | | 7 hours |

The parties reserve the right to supplement this list at any time.

**f.   Deadlines for Interrogatories:** April 26, 2013.

**g.   Deadline for Requests for Production of Documents and/or Admissions:** April 26, 2013.

### 10. DATES FOR FURTHER CONFERENCES

**a.   Status conferences will be held in this case at the following dates and times:**

**b.**   A final pretrial conference will be held in this case on September 25, 2013 at 9:30 a.m. A Final Pretrial Order shall be prepared by the parties and

submitted to the court no later than seven (7) days before the final pretrial conference.

## 11.  OTHER SCHEDULING MATTERS

**a.      Identify those discovery or scheduling issues, if any, on which counsel after a good faith effort were unable to reach an agreement.**

None

**b.      Anticipated length of trial and whether trial is to the court or jury.**

2-3 day jury trial

**c.      Identify pretrial proceedings, if any, that the parties believe may be more efficiently or economically conducted in the District Court's facilities at 212 N. Wahsatch Street, Colorado Springs, Colorado; Wayne Aspinall U.S. Courthouse/Federal Building, 402 Rood Avenue, Grand Junction, Colorado; or the U.S. Courthouse Federal Building, 103 Sheppard Drive, Durango, Colorado.**

Not applicable.

## 12.  NOTICE TO COUNSEL AND PRO SE PARTIES

The parties filing motions for extension of time or continuances must comply with D.C. COLO.LCivR.6.1D by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

Counsel will be expected to be familiar and to comply with the Pretrial and Trial Procedures or Practice Standards established by the judicial officer presiding over the trials of this case.

With respect to discovery disputes, parties must comply with D.C.COLO.LCivR7.1A.

In addition to filing an appropriate notice with the clerk's office, counsel must file a copy of any motion for withdrawal, motion for substitution of counsel, or notice of change of counsel's address or telephone number with the clerk of the magistrate judge assigned to this case.

## 13.  AMENDMENTS TO SCHEDULING ORDER

This scheduling order may be altered or amended only upon a showing of good cause.

DATED at Denver, Colorado, this 22nd day of February, 2013.

BY THE COURT:

_____
United States Magistrate Judge
Kathleen M. Tafoya

APPROVED:

*/s/ James P. Tatten* *
James P. Tatten
8681 East 29th Avenue
Denver, CO 80238
720-256-3686
*Pro Se* Plaintiff

*\*electronic signature approved by e-mail on February 14, 2013.*

*/s/ Victoria E. Edwards*
Victoria E. Edwards #38938
Melissa L. Cizmorris #43790
**AKERMAN SENTERFITT LLP**
1400 Wewatta Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
E-mail: victoria.edwards@akerman.com
E-mail: melissa.cizmorris@akerman.com
*Attorneys for Defendant Bank of America, N.A.*