IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00459-KMT

JAMES P. TATTEN, individually,

    Plaintiff,

v.

BANK OF AMERICA CORPORATION,
BANK OF AMERICA, N.A., and
BAC HOME LOANS SERVICING, L.P.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. No. 53) of Magistrate Judge Kathleen M. Tafoya entered on August 21, 2013 it is

ORDERED that Defendants' Motion to Dismiss Amended Complaint Pursuant to Fed.R. Civ. P. 12(b)(6) [Docket No. 44] is GRANTED, and judgment is entered in favor of defendants BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., and BAC HOME LOANS SERVICING, L.P., and against Plaintiff JAMES P. TATTEN, who recovers nothing and the action be dismissed on the merits.  It is

FURTHER ORDERED that Defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 21st day of August, 2013.

          FOR THE COURT:
          JEFFREY P. COLWELL, CLERK

          By: s/Edward P. Butler
          Edward P. Butler, Deputy Clerk